Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  20–12792–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Debra E. O'Neal
   915 Plymouth Road
   North Brunswick, NJ 08902
Social Security No.:
   xxx–xx–6693
Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            4/14/20
Time:            10:00 AM
Location:            Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 12, 2020
JAN: mjb

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court