Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–12792–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Debra E. O'Neal
915 Plymouth Road
North Brunswick, NJ 08902

Social Security No.:
xxx–xx–6693

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           4/14/20
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 12, 2020
JAN: mjb

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 20-12792-MBK
Debra E. O'Neal                                                Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-3       User: admin                 Page 1 of 2      Date Rcvd: Mar 12, 2020
                           Form ID: 132                Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db             +Debra E. O'Neal,    915 Plymouth Road,    North Brunswick, NJ 08902-4589
cr             +Renaissance Village I Condominium Association, Inc,    c/o Giaimo and Associates, LLC.,
                 97 E River Road,    Rumson, NJ 07760-1625
cr             +Renaissance at North Brunswick Master Association,,    97 E River Road,
                 c/o Giaimo and Associates, LLC,    Rumson, NJ 07760-1625
518720841      +Giaimo & Associates,    97 E River Rd, Rumson,    Rumson, NJ 07760-1625
518720844      +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
518720846      +Renaisasance Villlage Condo Association,    c/o Midlantic Property Management Inc.,
                 P.O Box 52989,    Phoenix, AZ 85072-2989
518720845     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  New Jersey Division of Taxation,
                 Compliance and Enforcement - Bankruptcy,    50 Barrack Street, 9th Floor,   P.O. Box 245,
                 Trenton, NJ 08695-0267)
518720847      +Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2020 01:00:20    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2020 01:00:16    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518720840       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 13 2020 01:15:15    Capital One Auto Finan,
                 Credit Bureau Dispute,    Plano, TX 75025
518729667      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 13 2020 01:15:07
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518753470      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 13 2020 01:14:25
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
518720842       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 13 2020 00:59:31    Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518720843       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 13 2020 01:15:00    Jpmcb Card,
                 Po Box 15369,    Wilmington, DE 19850
518728421       E-mail/Text: bnc-quantum@quantum3group.com Mar 13 2020 01:00:05
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
518720848      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:03:11    Syncb/hsn,    Po Box 965017,
                 Orlando, FL 32896-5017
518720849      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:03:11    Syncb/jtv,    Po Box 965036,
                 Orlando, FL 32896-5036
518721953      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:03:12    Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518729682*     +Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                  Page 2 of 2              Date Rcvd: Mar 12, 2020
                              Form ID: 132                 Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2020 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    CSMC 2018-RPL10 Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina Pia Lucid    on behalf of Debtor Debra E. O'Neal klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Thomas Vincent Giaimo    on behalf of Creditor    Renaissance Village I Condominium Association,
               Inc. tgiaimo@giaimoandassociates.com
              Thomas Vincent Giaimo    on behalf of Creditor    Renaissance at North Brunswick Master Association,
               Inc. tgiaimo@giaimoandassociates.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```