UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(a)

KARINA PIA LUCID, ESQ., LLC
3640 Valley Road, Suite 2-A
PO Box 230
Liberty Corner, New Jersey 07938-0230
Tel:    (908) 350-7505
Email:  klucid@karinalucidlaw.com
Karina Pia Lucid, Esq.
*Counsel for the Debtor(s), Debra O'Neal*

---

In Re:

Debra O'Neal

        Debtor.

**Order Filed on March 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 20-12792 (MBK)

Chapter 13

Hearing Date: 3/17/20 at 9:00 a.m.

ORAL ARGUMENT: REQUESTED, IF TIMELY OPPOSITION RECEIVED

---

## ORDER ON MOTION TO CONTINUE THE AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(c)(3)(B) UNTIL MARCH 31, 2020

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: March 17, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:   Debra O'Neal
Case No.: 20-12792(MBK)
Caption:   **Motion** to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B)

THIS MATTER, having been opened to the Court upon the motion, (the "Motion") of the debtor, Debra O'Neal  (the "Debtors"), by and through her counsel, Karina Pia Lucid, Esq., seeking the entry of an Order to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B) and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1.  That the Motion is granted; and

2.  The Automatic Stay shall remain in effect as to all creditors of the Debtors' until MARCH 31, 2020.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 20-12792-MBK
Debra E. O'Neal                                                                 Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 17, 2020
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
db              +Debra E. O'Neal,    915 Plymouth Road,   North Brunswick, NJ 08902-4589

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   CSMC 2018-RPL10 Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karina Pia Lucid   on behalf of Debtor Debra E. O'Neal klucid@karinalucidlaw.com,
           R43327@notify.bestcase.com;admin@karinalucidlaw.com
          Thomas Vincent Giaimo   on behalf of Creditor   Renaissance Village I Condominium Association,
           Inc. tgiaimo@giaimoandassociates.com
          Thomas Vincent Giaimo   on behalf of Creditor   Renaissance at North Brunswick Master Association,
           Inc. tgiaimo@giaimoandassociates.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6