| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:     (908) 350-7505<br>Email:   klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s), Debra O'Neal* | **Order Filed on April 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Debra O'Neal<br><br>              Debtor. | Case No: 20-12792 (MBK)<br><br>Chapter 13<br><br>Hearing Date: 3/17/20 at 9:00 a.m.<br><br>ORAL ARGUMENT:<br>REQUESTED, IF TIMELY OPPOSITION RECEIVED |

**ORDER ON MOTION TO CONTINUE THE AUTOMATIC STAY, PURSUANT TO
11 U.S.C. § 362(c)(3)(B)**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: April 1, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:   Debra O'Neal
Case No.: 20-12792(MBK)
Caption:   Motion to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B)

THIS MATTER, having been opened to the Court upon the motion, (the "Motion") of the debtor, Debra O'Neal (the "Debtors"), by and through her counsel, Karina Pia Lucid, Esq., seeking the entry of an Order to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B) and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the Motion is granted; and
2. The Automatic Stay shall remain in effect as to all creditors of the Debtors' estate until such time as a discharge is granted or denied.