| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:     (908) 350-7505<br>Email:   klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s), Debra O'Neal* | Order Filed on April 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Debra O'Neal<br><br>       Debtor. | Case No: 20-12792 (MBK)<br><br>Chapter 13<br><br>Hearing Date: 3/17/20 at 9:00 a.m.<br><br>ORAL ARGUMENT: REQUESTED, IF TIMELY OPPOSITION RECEIVED |

**ORDER ON MOTION TO CONTINUE THE AUTOMATIC STAY, PURSUANT TO
11 U.S.C. § 362(c)(3)(B)**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: April 1, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Debtor:   Debra O'Neal
Case No.: 20-12792(MBK)
Caption:   Motion to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B)

THIS MATTER, having been opened to the Court upon the motion, (the "Motion") of the debtor, Debra O'Neal (the "Debtors"), by and through her counsel, Karina Pia Lucid, Esq., seeking the entry of an Order to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B) and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the Motion is granted; and
2. The Automatic Stay shall remain in effect as to all creditors of the Debtors' estate until such time as a discharge is granted or denied.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 20-12792-MBK
Debra E. O'Neal                                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: Apr 02, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
db          +Debra E. O'Neal,    915 Plymouth Road,    North Brunswick, NJ 08902-4589

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
      Albert Russo     docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    CSMC 2018-RPL10 Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Karina Pia Lucid    on behalf of Debtor Debra E. O'Neal klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com
      Thomas Vincent Giaimo    on behalf of Creditor    Renaissance Village I Condominium Association, Inc. tgiaimo@giaimoandassociates.com
      Thomas Vincent Giaimo    on behalf of Creditor    Renaissance at North Brunswick Master Association, Inc. tgiaimo@giaimoandassociates.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                   TOTAL: 6