| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| Albert Russo<br>Cn 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on September 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Debra E. O'Neal<br><br>Debtor(s) | Case No.: 20-12792 / MBK<br><br>Hearing Date:  09/23/2020<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: September 30, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 03/11/2020, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of 60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$4,919.64 PAID TO DATE

$1,300.00 for 53 months beginning 10/01/2020

**ORDERED** that the case is confirmed at 100%, which includes a minimum of $85,171.00 dividend to general unsecured creditors due to non-exempt equity in property.

**ORDERED** that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement. Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is authorized to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a), in the amount filed by the post-petition claimant.

**ORDERED** that if the debtor has provided for a creditor to be paid in the plan and no Proof of Claim is filed by such creditor before expiration of the applicable bar date, the debtor, pursuant to F.R.B.P. 3004, must file a Proof of Claim on behalf of the creditor within 30 days of the expiration of the applicable bar date.  If the time period pursuant to F.R.B.P. 3004 has expired, the debtor must file a Proof of Claim on behalf of the creditor **and** file a motion to allow the Trustee to pay the late filed claim, or the debtor may obtain a Consent Order with the creditor authorizing the Trustee to pay an amount certain in the plan.

**ORDERED** as follows:

The claim of Capital One Auto Finance, court claim #3-1, will be paid as if in the plan, and the Trustee is authorized to pay such claim.

The claim of CSMC 2018-RPL10 Trust, court claim #11-1, will be paid as if in the plan, and the Trustee is authorized to pay such claim pursuant to the April 22, 2020 Order.

The Trustee shall pay Renaissance Village I Condo Assoc, POC #8-1 a secured claim in the amount of $33,776.37. The unsecured portion in the amount of $15,563.47 shall be paid pro rata with other general unsecured creditors pursuant to the terms of confirmation.

The Trustee shall pay Renaissance @ North Brunswick Master Assoc, POC #9-1 a secured claim in the amount of $4,293.29. The unsecured portion in the amount of $1,296.85 shall be paid pro rata with other general unsecured creditors pursuant to the terms of confirmation.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-12792-MBK |
| Debra E. O'Neal | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Sep 30, 2020  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

**Recip ID    Recipient Name and Address**
db    + Debra E. O'Neal, 915 Plymouth Road, North Brunswick, NJ 08902-4589

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

**Name**    **Email Address**
Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor CSMC 2018-RPL10 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Karina Pia Lucid
    on behalf of Debtor Debra E. O'Neal klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

Thomas Vincent Giaimo
    on behalf of Creditor Renaissance Village I Condominium Association Inc. tgiaimo@giaimoandassociates.com

Thomas Vincent Giaimo
    on behalf of Creditor Renaissance at North Brunswick Master Association Inc. tgiaimo@giaimoandassociates.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Sep 30, 2020 Form ID: pdf903 Total Noticed: 1
TOTAL: 6