Office Mailing Address:

Albert Russo, Trustee
CN 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-12792 / MBK**

Debra E. O'Neal

Petition Filed Date: 02/19/2020
341 Hearing Date: 03/19/2020
Confirmation Date: 09/23/2020

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/15/2020 | $819.94 | | 04/27/2020 | $819.94 | | 05/26/2020 | $819.94 | |
| 06/30/2020 | $819.94 | | 07/27/2020 | $819.94 | | 08/25/2020 | $819.94 | |
| 10/09/2020 | $819.94 | | 11/03/2020 | $1,300.00 | | 12/02/2020 | $1,300.00 | |
| 12/30/2020 | $1,300.00 | | 02/02/2021 | $1,300.00 | | | | |

**Total Receipts for the Period: $10,939.58   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,939.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Debra E. O'Neal | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Karina Pia Lucid »» ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC »» WAYFAIR | Unsecured Creditors | $671.40 | $0.00 | $671.40 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» PIER 1 IMPORTS | Unsecured Creditors | $189.19 | $0.00 | $189.19 |
| 3 | CAPITAL ONE AUTO FINANCE »» 2017 TOYOTA YARIS | Debt Secured by Vehicle | $353.97 | $40.03 | $313.94 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» WALMART CREDIT CARD | Unsecured Creditors | $399.30 | $0.00 | $399.30 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» JC PENNEY CC | Unsecured Creditors | $1,776.44 | $0.00 | $1,776.44 |
| 6 | INTERNAL REVENUE SERVICE »» 2016-2017;2019 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $941.95 | $0.00 | $941.95 |
| 8 | RENAISSANCE VILLAGE I CONDO ASSOC. »» CONDO ASSOC FEES/DJ-06419-15 | Secured Creditors | $33,776.37 | $4,881.89 | $28,894.48 |
| 9 | RENAISSANCE VILLAGE I CONDO ASSOC. »» COONDO ASSOC FEES | Unsecured Creditors | $15,563.47 | $0.00 | $15,563.47 |
| 10 | RENAISSANCE @ NORTH BRUNSWICK MASTER »» MASTER ASSOC FEES | Secured Creditors | $4,293.29 | $620.53 | $3,672.76 |
| 11 | RENAISSANCE @ NORTH BRUNSWICK MASTER »» MASTER ASSOC FEES | Unsecured Creditors | $1,296.85 | $0.00 | $1,296.85 |
| 12 | MARINER FINANCE LLC »» POC FILED BLANK | No Disbursements: No Check | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12792 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CSMC 2018-RPL10 TRUST<br>»» P/915 PLYMOUTH RD/1ST MTG/ORDER 4/22/2| | Mortgage Arrears | $388.42 | $43.93 | $344.49 |
| 14 | SYNCHRONY BANK | Unsecured Creditors | $289.72 | $0.00 | $289.72 |
| 15 | SYNCHRONY BANK | Unsecured Creditors | $3,238.92 | $0.00 | $3,238.92 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,939.58 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $8,836.38 | Current Monthly Payment: | $1,300.00 |
| Paid to Trustee: | $859.15 | Arrearages: | $480.06 |
| Funds on Hand: | $1,244.05 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**