| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-12792 / MBK**

Debra E. O'Neal

Petition Filed Date: 02/19/2020
341 Hearing Date: 03/19/2020
Confirmation Date: 09/23/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2022 | $1,300.00 | | 02/01/2022 | $1,300.00 | | 03/01/2022 | $1,300.00 | |
| 03/29/2022 | $1,300.00 | | 05/03/2022 | $1,300.00 | | 06/01/2022 | $1,300.00 | |
| 07/12/2022 | $1,300.00 | | 08/02/2022 | $1,300.00 | | 08/30/2022 | $1,300.00 | |
| 10/04/2022 | $1,300.00 | | 11/01/2022 | $1,300.00 | | 11/30/2022 | $1,300.00 | |
| 01/04/2023 | $1,300.00 | | 02/01/2023 | $1,300.00 | | 03/07/2023 | $1,300.00 | |

**Total Receipts for the Period: $19,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $43,439.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Debra E. O'Neal | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Karina Pia Lucid, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» WAYFAIR | Unsecured Creditors | $671.40 | $0.00 | $671.40 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PIER 1 IMPORTS | Unsecured Creditors | $189.19 | $0.00 | $189.19 |
| 3 | CAPITAL ONE AUTO FINANCE<br>»» 2017 TOYOTA YARIS | Debt Secured by Vehicle | $353.97 | $324.94 | $29.03 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WALMART CREDIT CARD | Unsecured Creditors | $399.30 | $0.00 | $399.30 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» JC PENNEY CC | Unsecured Creditors | $1,776.44 | $0.00 | $1,776.44 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2016-2017;2019 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $941.95 | $0.00 | $941.95 |
| 8 | RENAISSANCE VILLAGE I CONDO ASSOC.<br>»» CONDO ASSOC FEES/DJ-06419-15 | Secured Creditors | $33,776.37 | $31,006.60 | $2,769.77 |
| 9 | RENAISSANCE VILLAGE I CONDO ASSOC.<br>»» COONDO ASSOC FEES | Unsecured Creditors | $15,563.47 | $0.00 | $15,563.47 |
| 10 | RENAISSANCE @ NORTH BRUNSWICK MASTER<br>»» MASTER ASSOC FEES | Secured Creditors | $4,293.29 | $3,941.22 | $352.07 |
| 11 | RENAISSANCE @ NORTH BRUNSWICK MASTER<br>»» MASTER ASSOC FEES | Unsecured Creditors | $1,296.85 | $0.00 | $1,296.85 |

**Chapter 13 Case No. 20-12792 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | MARINER FINANCE LLC<br>»»  PERSONAL LOAN | Unsecured Creditors | $3,007.99 | $0.00 | $3,007.99 |
| 13 | CSMC 2018-RPL10 TRUST<br>»»  P/915 PLYMOUTH RD/1ST MTG/ORDER 4/22/2 | Mortgage Arrears | $388.42 | $356.57 | $31.85 |
| 14 | SYNCHRONY BANK<br>»»  JTV | Unsecured Creditors | $289.72 | $0.00 | $289.72 |
| 15 | SYNCHRONY BANK<br>»»  HSN | Unsecured Creditors | $3,238.92 | $0.00 | $3,238.92 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,439.58 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $38,879.33 | Current Monthly Payment: | $1,300.00 |
| Paid to Trustee: | $3,353.85 | Arrearages: | $480.06 |
| Funds on Hand: | $1,206.40 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

