Laura  Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on August 6, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Case No. 20-12792-MBK |
|---|---|
| Debra E. O'Neal, | Hearing Date:  August 6, 2025 at 9:00 a.m. |
| Debtor. | Judge: Michael B. Kaplan |
| | Chapter 13 |

| Recommended Local Form | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 6, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Capital One Auto Finance, a division of Capital One, N.A., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐  Real property more fully described as:


It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒  Personal property more fully described as:

2017 Toyota Yaris iA Sedan 4D 1.5L I4, VIN: 3MYDLBYV0HY178451

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 20-12792-MBK
Debra E. O'Neal                                                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                   Page 1 of 2
Date Rcvd: Aug 06, 2025                       Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

**Recip ID                 Recipient Name and Address**
db                   +   Debra E. O'Neal, 915 Plymouth Road, North Brunswick, NJ 08902-4589

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor CSMC 2018-RPL10 Trust cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2018-RPL10 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor Debra E. O'Neal 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |
| Laura M. Egerman | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. laura.egerman@mccalla.com, |

District/off: 0312-3                    User: admin                                      Page 2 of 2
Date Rcvd: Aug 06, 2025                 Form ID: pdf903                           Total Noticed: 1

mccallaecf@ecf.courtdrive.com

Thomas Vincent Giaimo

on behalf of Creditor Renaissance at North Brunswick Master Association  Inc. tgiaimo@giaimoandassociates.com

Thomas Vincent Giaimo

on behalf of Creditor Renaissance Village I Condominium Association  Inc. tgiaimo@giaimoandassociates.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9