UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650
609-587-6888

In Re:

Debra E. O'Neal

Case No.: __20-12792__

Chapter: __13__

Hearing Date: _____

Judge: __Michael B. Kaplan__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Docket #57: Notice Depositing Unclaimed Funds for RENAISSANCE VILLAGE CONDO ASSOC. in the Amount $ 15563.47

Date: 9/10/2025         /s/ Albert Russo
                        Signature

*rev.8/1/15*