UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650
609-587-6888

In Re:

Debra E. O'Neal

| | |
|---|---|
| Case No.: | 20-12792 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | Michael B. Kaplan |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter:  Docket #58: Notice Depositing Unclaimed Funds for RENAISSANCE @ NORTH BRUNSWICK MASTER in the Amount $ 218.62

Date: 9/10/2025

/s/ Albert Russo
Signature

*rev.8/1/15*