UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650
609-587-6888

In Re:

Debra E. O'Neal

Case No.:      20-12792

Chapter:          13

Hearing Date: _____

Judge:     Michael B. Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter:  Docket #59: Notice Depositing Unclaimed Funds for RENAISSANCE VILLAGE I CONDO ASSOC. in the Amount $ 1719.90

Date: 9/10/2025

/s/ Albert Russo
Signature

*rev.8/1/15*